UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. PENN,<br><br>        Petitioner,<br><br>  vs.<br><br>V.M. ALMAGER,<br><br>        Respondent. | Case No. CV 08-2138-DOC (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the recommendation of the United States Magistrate Judge. Objections to the Report and Recommendation have been filed herein. Having made a de novo determination of those portions of the Report and Recommendation to which objections have been made, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

       IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and summarily dismissing this action with prejudice pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: June 3, 2008

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE