ENTERED
JS-6

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES H. PENN, | Case No. CV 08-2138-DOC (RNB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| V.M. ALMAGER, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: June 3, 2008

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN - 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

_/s/ David O. Carter_
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE